UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ORONA-ALDAY,<br><br>Defendants. | CASE NO.: 22-CR-1447-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for August 5, 2022, at 1:30 a.m., be continued to October 7, 2022, at 1:30 p.m. For the reasons set forth in the joint motion, the Court finds that time is excluded under 18 U.S.C. § 3161(h)(1)(D) and in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: July 29, 2022

Hon. Janis L. Sammartino
United States District Judge